ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 OCT 28  AM 11: 33

CLERK _____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| KHARI L. HOLLINS, | ) |
| Petitioner, | ) |
| v. | ) CV 105-066 |
| BILLY TOMPKINS, Warden, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss is **GRANTED**, this civil action is **DISMISSED**, and a final judgment is **ENTERED** in favor of Respondent.

SO ORDERED this 28th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE